USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
CV SCHEEPVAARTONDERNEMING                                    :
HAPPY RANGER,                                                :   **ORDER REGULATING**
                                                             :   **PROCEEDINGS**
                        Plaintiff,                           :
                                                             :   09 Civ. 204 (AKH)
        -against-                                            :
                                                             :
FRETRADE, LTD.,                                              :
                                                             :
                        Defendant.                           :
                                                             :
                                                             :
------------------------------------------------------------ x


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
                                                             :
COSMOTRADE EXPORTS S.A.,                                     :
                                                             :
                        Plaintiff,                           :   09 Civ. 7550 (AKH)
                                                             :
        -against-                                            :
                                                             :
NURSAN CELIK SANAYI VE HADDECILIK AS                         :
and MERES LIMITED,                                           :
                                                             :
                        Defendants.                          :
                                                             :
                                                             :
------------------------------------------------------------ x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
NATIONAL ABILITY S.A.,                                        :
                                                              :
                          Plaintiff,                          :
                                                              :
         -against-                                            :   07 Civ. 9913 (AKH)
                                                              :
TINNA OILS & CHEMICALS LTD., TINNA                            :
FINEX LTD., TINNA GROUP, TINNA AGRO                           :
INDUSTRIES LTD., ADM INTEROCEANIC                             :
LIMITED, ADM COCOA PTE. LTD and                               :
ARCHER DANIELS MIDLAND SINGAPORE                              :
PTE LTD,                                                      :
                                                              :
                          Defendants.                         :
                                                              :
                                                              :
------------------------------------------------------------- x


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
AMERICAS BULK TRANSPORT LTD                                   :
                                                              :
                          Plaintiff,                          :
                                                              :
         -against-                                            :   08 Civ. 6970 (AKH)
                                                              :
IMT a/k/a IMT DUSSELDORT a/k/a IMT                            :
SHIPPING & CHARTERING GmbH a/k/a INTER-                       :
MARITIME TRANSPORTATION GmbH a/k/a                            :
INTER-MARITIME TRANSPORTATION LTD.,                           :
                                                              :
                          Defendant.                          :
                                                              :
------------------------------------------------------------- x

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LUXFORD INTERNATIONAL INC, individually and on
behalf of GRIFFIN MARINE TRAVEL, SIA, VICAND
LIISGREN AS, N.W. BALTIC SUPPLY IMPORT-
EXPORT GMBH, BALTROSS MARINE SUPPLY LLC,
HANSA ELECTRONICS SIA, JESSCO MARITIME
RESOURCES LTD, WILHELMSEN SHIP SERVICES
AS, FLORENCIA MANAGEMENT BVI, MEGA
MARINE LLP, and TOTAL LUBRIFIANTS,

                                  Plaintiffs,                  09 Civ. 8062 (AKH)

    -against-

DUCK MARITIME CORP a/k/a DUCK MARITIME S.A.
and INTERAGROEXPORT LTD.,

                                  Defendants.
------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On November 17, 2009 at 2:15 p.m., the above-captioned parties will present oral arguments on the continuing validity of pending Rule B maritime attachments of electronic fund transfers ("EFTs") in light of the Second Circuit's decision in Shipping Corporation of India v. Jaldhi Overseas Pte. Ltd. No. 08-3477-cv(L), 2009 U.S. App. LEXIS 22747 (2d Cir. Oct. 16, 2009). To facilitate those arguments, I hereby order the following:

       (1) The parties shall submit a joint agenda of the issues that any party wishes to argue.

       (2) Plaintiffs and Defendants shall each designate lead counsel. Other parties may present arguments on any issues not covered that pertain to their respective clients.

3

(3) The agenda, and any supplemental submissions, shall be due by noon on November 12, 2009.

SO ORDERED.

Dated:    November 9, 2009
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge